IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FLOR JAZMIN CARRASCO,

Petitioner,

v.                                              CIV 12-00268   RHS/WDS

DANIEL CARRILLO CASTRO,

Respondent.

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER is before the Court on Petitioner's Application to Proceed In Forma Pauperis ("IFP") *(Doc. 2)*. The Court having considered the Affidavit and Application, FINDS that the Application is well-taken and should be granted.

IT IS HEREBY ORDERED that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the U.S. Marshals Service is directed to personally serve upon Respondent a copy of this Order, together with the Petition For Return of Child and its attachments. Respondent was last known to be located at 411 Wisconsin St. NE, Apt. 4, Albuquerque, New Mexico 87108; or 517 San Pablo St. NE, Albuquerque, NM 87108.

_____
W. Daniel Schneider
United States Magistrate Judge